UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYAH MOLCHANOFF,<br><br>                              Plaintiff,<br><br>v.<br><br>SOLV ENERGY, LLC, et al.,<br><br>                              Defendants. | Case No.: 23cv653-LL-DEB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT PEOPLEREADY**<br><br>**[ECF No. 21]** |

This matter is before the Court on the Joint Motion of Plaintiff Tayah Molchanoff and Defendant PeopleReady, Inc. ("PeopleReady") (together, the "Settling Parties") to dismiss the claims between Plaintiff and PeopleReady pursuant to a settlement agreement between them. ECF No. 21. The Settling Parties stipulate that all claims, counterclaims, and defenses between them shall be dismissed with prejudice. *Id.* at 4.

The Court **GRANTS** the Joint Motion. ECF No. 21. All claims, counterclaims, and defenses between Plaintiff and PeopleReady are **DISMISSED WITH PREJUDICE**, and PeopleReady is hereby **DISMISSED** from this action. Each party shall bear its own costs as related to claims between the Settling Parties.

**IT IS SO ORDERED**.

Dated: September 1, 2023

_____
Honorable Linda Lopez
United States District Judge