UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYAH MOLCHANOFF,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SOLV ENERGY, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 23cv653-LL-DEB<br><br>**ORDER DISMISSING DEFENDANT ALDABA FROM THIS ACTION** |

This matter is before the Court upon review of the docket. On March 8, 2024, the Court ordered Plaintiff to show cause in writing, no later than March 15, 2024, why Defendant Roberto Duarte Aldaba should not be dismissed from this action for failure to serve the complaint and summons in accordance with Rule 4(m), and to prosecute this case in accordance with Rule 41(b) of the Federal Rules of Civil Procedure. ECF No. 37. Plaintiff has not filed a timely response. As such, Defendant Aldaba is **DISMISSED WITHOUT PREJUDICE** under Rule 4(m). The order to show cause is **DISCHARGED**.

　　　**IT IS SO ORDERED**

Dated: March 18, 2024

Honorable Linda Lopez
United States District Judge