Douglas N. Silverstein, Esq. (SBN 181957)
dsilverstein@californialaborlawattorney.com
Lauren Morrison, Esq. (SBN 266135)
lmorrison@californialaborlawattorney.com
Niki Akhaveissy, Esq. (SBN 343996)
nakhaveissy@californialaborlawattorney.com
**KESLUK, SILVERSTEIN, JACOB & MORRISON, P.C.**
9255 Sunset Boulevard, Suite 411
Los Angeles, California 90069-3302
Phone: 310-273-3180 ♦ Fax: 310-273-6137

Attorneys for Plaintiff TAYAH MOLCHANOFF

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYAH MOLCHANOFF, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOLV ENERGY, LLC, a California limited liability company; SWINERTON RENEWABLE ENERGY, INC., a Delaware corporation; PEOPLE READY, INC., a Washington corporation; ROBERTO DUARTE ALDABA, an individual; and DOES 1 through 60, inclusive,<br><br>Defendants. | Case No.: 3:23cv00653-LL-DEB<br><br>Judge Linda Lopez<br>Magistrate Judge Daniel E. Butcher<br><br>NOTICE OF SETTLEMENT OF ENTIRE CASE |

KESLUK, SILVERSTEIN JACOB & MORRISON, P.C.
Attorneys at Law
9255 SUNSET BOULEVARD, SUITE 411
LOS ANGELES, CALIFORNIA 90069-3302
TELEPHONE 310-273-3180 ♦ FAX 310-273-6137

TO THE HONORABLE COURT:

     PLEASE TAKE NOTICE, that Plaintiff and Defendants have reached a settlement in principle of the above-captioned case. The Parties are in the process of executing settlement documents and anticipate filing an executed Joint Stipulation to Dismiss the Entire Action with the Court within 45 days of this notice.


DATED: May 20, 2024             KESLUK, SILVERSTEIN, JACOB & MORRISON, P.C.

By:     /s/ *Douglas N. Silverstein*
             Douglas N. Silverstein
             Lauren Morrison
             Niki Akhaveissy
             Attorneys for Plaintiff, TAYAH MOLCHANOFF

KESLUK, SILVERSTEIN JACOB & MORRISON, P.C.
Attorneys at Law
9255 SUNSET BOULEVARD, SUITE 411
LOS ANGELES, CALIFORNIA 90069-3302
TELEPHONE 310-273-3180 ♦ FAX 310-273-6137

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify this 20th day of May, 2024 the foregoing **NOTICE OF SETTLEMENT OF ENTIRE CASE** was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| James Goodman<br>Alexandria Ordway, Esq.<br>Lynn Conner-Smith<br>EPSTEIN BECKER GREEN, P.C.<br>1935 Century Park East, Suite 500<br>Los Angeles, CA 90067-2506<br>Direct: (310) 557-9519<br>Telephone: (310) 556-8861<br>Facsimile:  (310) 943-2732<br>Email: jgoodman@ebglaw.com,<br>aordway@ebglaw.com,<br>lconner@ebglaw.com<br><br><br>Attorneys for Defendant SWINERTON BUILDERS, CA corporation erroneously sued as Swinerton Renewable Energy, Inc. | Stephen E. Ronk, Partner<br>Jennifer Lallite, Esq.<br>Amanda Herron, Esq.<br>GORDON REES SCULLY MANSUKHANI<br>3200 Guasti Road, Suite 100<br>Ontario, California 91761<br>Direct:  (909) 554-4224<br>Email: sronk@grsm.com;<br> jlallite@grsm.com;<br>aherron@grsm.com,<br>dgonzales@grsm.com<br><br>Additional service:  Diane Gonzales – dgonzales@grsm.com, Marisol Fontillas-Ronk -  mronk@grsm.com, Sylvia Moreno – smoreno@grsm.com; and Sharon Daubert – sdaubert@gsm.com<br><br>Attorneys for Defendant SOLV Energy-Delaware LLC |

/s/ Francheska Stone