UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYAH MOLCHANOFF,<br><br>                            Plaintiff,<br><br>v.<br><br>SOLV ENERGY, LLC, et al.,<br><br>                            Defendants. | Case No.: 23cv653-LL-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 50] |

Before the Court is a Joint Motion for Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed by the parties. ECF No. 50. For good cause shown, the Court **GRANTS** the Joint Motion and **DISMISSES** this matter **WITH PREJUDICE**. The Clerk of Court is **ORDERED** to close this case.

**IT IS SO ORDERED**.

Dated: July 11, 2024

_____
Honorable Linda Lopez
United States District Judge

23CV653-LL-DEB